3:22MJ5229

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin D. Chamberlain, Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby depose and state as follows:

I make this affidavit in support of a criminal complaint for RONALD ALAN RITZ for the crime of Title 18, U.S.C. § 922(g)(1) which prohibits the possession of a firearm by person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; and 18 U.S.C. 111 which prohibits the assault of a Federal Agent with physical contact.

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since December 2013.

2. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives, and witnesses. This affidavit is intended to show that there is sufficient probable cause for the criminal complaint and does not set forth all information developed from the investigation.

3. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that RONALD ALAN RITZ violated 18 U.S.C. § 922(g)(1); and 18 U.S.C. 111.

4. On July 7, 2022, Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), along with members of the Huron County Sheriff's Department, executed a Federal Search Warrant at RITZ's residence, located at 1944 State Route 250 South, Norwalk, OH 44857. ATF Special Agents, being fully marked and clearly identifiable in "ATF Police insignia," knocked and announced their presence at the primary entry point of the residence. ATF agents visually identified RITZ inside of the residence, standing in the kitchen. RITZ appeared to look directly at ATF agents and continued to drink coffee.

5. Following a brief moment, RITZ was physically removed from the residence, due to his refusal to leave the doorway. RITZ was seated in a chair, in front of the door and was asked to provide the passcode for the four safes located inside of his bedroom. RITZ agreed, so long as he could enter the residence and observe items being removed from the safes. Once RITZ entered his bedroom, RITZ immediately noticed ATF agents were already inside one of the safes and that his bedroom was disheveled. RITZ became very agitated and began screaming. RITZ stiffened his posture, balled his fists, and screamed "get me out of here!".

6. Resident Agent in Charge (RAC) Arnett began to remove RITZ from the bedroom due to his escalation and his physical demeanor, but he continued to clinch his fist together and to shout loudly. Agents had to push and drag RITZ

from the room. While being escorted through the kitchen, RITZ resisted by grabbing the kitchen island. RITZ further resisted by grabbing both the kitchen doorway jamb and finally the exterior side door jamb of the residence. Once outside the residence, RAC Arnett, while physically holding RITZ, began to turn and sit RITZ in a chair located in the side yard. RITZ then partially stood up, physically forced his hands around RAC Arnett's neck, and began choking RAC Arnett. RAC Arnett had to use his fist and forearm to break the grip of RITZ. SA Chamberlain spoke with RAC Arnett regarding any physical injuries sustained from the choking by RITZ. RAC Arnett stated he was experiencing pain in and around the lower part of his neck near his larynx

7. While searching the residence, Agents located two firearms and an assortment of ammunition. ATF SA Nicholas Fabrizio read RITZ his *Miranda* rights via an ATF *Miranda* rights card. During an interview of RITZ, RITZ made post-*Miranda* rights statements that he had transported an undetermined number of firearms from his residence to a friend in Monroeville, OH.

8. SA Chamberlain contacted RITZ's friend and learned RITZ had asked the friend to keep a total of 19 firearms while he attempted to have his felony conviction sealed. According to the friend, RITZ did not intend to sell any of the firearms and advised the friend that ATF may come by and ask about one of the firearms. The friend advised SA Chamberlain the firearms belonged to RITZ. SA Chamberlain seized the 19 firearms, along with assorted ammunition belonging to RITZ, from RITZ's friend in Monroeville, OH. One of the firearms was identified as a Uberti, model W93, .45 caliber rifle, serial number H10409.

9. Prior to July 7, 2022, SA Chamberlain reviewed RITZ's criminal record. SA Chamberlain reviewed Huron County Common Pleas Court Case No. 51048 and determined RITZ was indicted, charged, and pled guilty to one count of Possession of a Controlled Substance in an amount equal to or exceeding the bulk amount: a violation of Ohio Revised Code 2925.03(a)(4), a felony with a potential prison term of more than one year. RITZ was sentenced to one year imprisonment in an Ohio State Reformatory. ATF Columbus Field Division Associate Chief Counsel Dianna Bessemer determined RITZ's felony conviction does make RITZ federally prohibited from possessing firearms and ammunition.

10. Your affiant conducted a preliminary query of Uberti Firearms and determined the Uberti, .45 caliber Carbine was manufactured outside the state of Ohio. Consequently, your affiant believes this firearm had traveled in interstate commerce.

11. Based upon the information above, there is probable cause to believe that RONALD ALAN RITZ, a person who Assaulted a Federal Agent by choking RAC Arnett in violation of 18 U.S.C. 111; also possessed 21 firearms and assorted ammunition, on or about July 7, 2022, in violation of Title 18, U.S.C. § 922(g)(1).

*Justin Chamberlain*
Justin Chamberlin
Special Agent, ATF

Subscribed and sworn to via telephone
after submission by reliable electronic means
Fed.R.Crim.P. 4.1 and 41(d)(3).

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE

July 7, 2022
DATE